905 F.2d 1346
 61 Ed. Law Rep. 32
 PLANNED PARENTHOOD OF SOUTHERN NEVADA, INC., Plaintiff-Appellant,
v.
CLARK COUNTY SCHOOL DISTRICT; Members of the Board of
School Trustees, individually and in their capacities as
Trustees of the Clark County School District: Lucille Lusk;
Dan Goldfarb; Patricia A. Bendorf; Virginia Brooks
Brewster; Donald R. Faiss; Robert Forbus; Shirley Holst;
Robert E. Wentz, individually and in his capacity as
Superintendent of Schools; and the following Principals:
Lanny R. Lund; A. Ray Morgan; Brian O. Fox, et al.,
Defendants-Appellees.
 No. 88-2659.
 United States Court of Appeals,
Ninth Circuit.
 June 28, 1990.
 
 Prior Report: 887 F.2d 935.
 Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ and RYMER, Circuit Judges.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.